IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CIVIL ACTION NO. 1:12-cv-0347 |
| **Plaintiff,** | : | (Judge Conner) |
| v. | : | |
| **DUSTIN BOGART and** | : | |
| **MARCY A. BOGART,** | : | |
| **Defendants** | : | |

# ORDER

AND NOW, this 22nd day of August, 2012, upon consideration of the motion to dismiss (Doc. 6), filed July 26, 2012 by defendants Dustin Bogart and Marcy A. Bogart ("the Bogarts") and it appearing that the Bogarts have failed to file a brief in support as required by Middle District Local Rule 7.5 (stating "Within fourteen (14) days after the filing of any motion, the party filing the motion shall file a brief in support of the motion . . . . If a supporting brief is not filed within the time provided in this rule the motion shall be deemed to be withdrawn."), and upon further consideration of this court's order dated August 13, 2012 directing the Bogarts to file a supporting brief no later than August 20, 2012 or the motion would be denied without prejudice (Doc. 7), and the court further noting the Bogarts filed an additional motion to dismiss (Doc. 11) with a supporting brief (Doc. 12) on August 20, 2012, it is hereby ORDERED that:

1. Plaintiff shall respond to the second motion to dismiss (Doc. 11) in accordance with both the Federal Rules of Civil Procedure and the Middle District Local Rules.

2. The motion to dismiss the complaint (Doc. 6) is DENIED as moot without prejudice.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge