IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION NO. 4:12-CV-0347** |
| **Plaintiff,** | **(Judge Conner)** |
| v. | |
| **DUSTIN BOGART, MARCY BOGART, SOUTHERN COUNTRY RANCH,** | |
| **Defendants** | |

## **ORDER**

AND NOW, this 30th day of August, 2012, upon consideration of the motion for an extension of time to obtain counsel (Doc. 15), the court observes that, generally, the court may grant extensions of time with or without a motion if a request is made "before the original time or its extension expires, see Federal Rule of Civil Procedure 6(b)(A) and no party in this case has requested an extension until now. Furthermore, the Bogarts have filed both a motion to dismiss (Doc. 11), a brief in support (Doc. 12), and a motion to strike the summons executed on defendant Southern Country Ranch (Doc. 13). The time for the government to reply to these pleadings has not yet expired.

In addition, the instant motion was signed only by defendant Dustin Bogart and requests an additional sixty (60) to ninety (90) days within which "to seek and obtain the effective assistance of counsel as envisioned by the Sixth Amendment to the U.S. Constitution and pursuant to article 1, section 15 of the California State Constitution." (Doc. 15, at 2.) To the extent that Dustin Bogart is seeking court

appointed counsel, the motion will be denied, as there is no constitutionally guaranteed right to counsel in a civil case. See Ford v. City of Phila., 335 F. App'x 229, 230 (3d Cir. 2009) (explaining "no right to effective counsel in a civil case . . . ."). Furthermore, to the extent Dustin Bogart is moving the court on behalf of either Marcy Bogart or Southern Country Ranch the motion will be denied. As a general rule, pro se litigants are not allowed to pursue claims on behalf of others in a representative capacity. See Marin v. Leslie, 337 F. App'x 217, 219 (3d Cir. 2009); In re Ragdona, 331 F. App'x 962, 964 (3d Cir. 2009) (holding pro se plaintiff was not allowed to litigate on behalf of mother in federal court). Therefore, it is hereby ORDERED that:

1. Dustin Bogart's motion for an extension of time within which to find counsel is GRANTED. Dustin Bogart shall have sixty (60) days to notify the court if he wishes to file an amended motion to dismiss or stand on the one currently before the court.

2. The briefing deadlines on the currently filed motion to dismiss (Doc. 11) and motion to strike (Doc. 13) are STAYED pending Dustin Bogart's notification to the court.

3. To the extent Dustin Bogart is making a request for counsel on behalf of either Marcy Bogart or Southern Country Ranch, the motion is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge