IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Civ. No. 4:12-CV-00347 |
| Plaintiff, | : | |
| | : | (Judge Brann) |
| v. | : | |
| | : | |
| DUSTIN B. BOGART, | : | |
| MARCY A. BOGART, | : | |
| SOUTHERN COUNTRY RANCH, | : | |
| Defendants. | : | |

**ORDER**
November 5, 2013

AND NOW, this 4th day of November, 2013, it is hereby ORDERED, in accordance with a Memorandum of this same date, that Defendants Dustin B. Bogart, Marcy A. Bogart, and Southern Country Ranch's Motion to Dismiss (ECF No. 39) is hereby DENIED.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge