# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:12-CV-00347 |
| Plaintiff. | (Judge Brann) |
| v. | |
| DUSTIN B. BOGART, et al., | |
| Defendants. | |

# ORDER

### JUNE 15, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Defendants' Motion to Vacate, ECF No. 135, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge